**Order entered January 30, 2023**



**In The**
### Court of Appeals
### Fifth District of Texas at Dallas

**No. 05-22-00779-CV**

**HUFFMAN ASSET MANAGEMENT, LLC AND PRAIRIE CAPITAL, LLC, Appellants**

**V.**

**MAURICE COLTER AND NI-IDA COLTER, Appellees**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-03561-B**

**ORDER**

Before the Court is appellants' January 27, 2023 second unopposed motion to extend time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than February 27, 2023. Because the brief was first due December 28, 2022, we caution that further extension requests will be disfavored.

/s/     KEN MOLBERG
        JUSTICE